# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0349.  MARGARET PETHEL et al. v. BAHIA BLEU CONDOMINIUM ASSOCIATION, INC.

On September 22, 2016, the trial court entered is final order and judgment in favor of the Bahia Bleu Condominium Association, Inc. in its action seeking the collection of unpaid condominium assessments from defendants Margaret Pethel and Courtney Thomas.  Pethel and Thomas filed their notice of appeal from the trial court's order on February 28, 2017.[1]  However, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable decision or judgment complained of. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). The defendants filed their notice of appeal 159 days after the entry of the final order and judgment.

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  10/03/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The defendants filed their notice of appeal in the Supreme Court, which transferred the case to this Court.